ACCEPTED
15-25-00122-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
11/18/2025 3:45 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00122-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
11/18/2025 3:45:24 PM
CHRISTOPHER A. PRINE
Clerk

# IN THE COURT OF APPEALS FOR THE FIFTEENTH DISTRICT OF TEXAS AT AUSTIN

STATE OF TEXAS, MAXX JUUSOLA, TRACY MARTIN, AND ALAN CRIDER,

*Appellants,*

v.

CITY OF DALLAS, KIMBERLY BIZOR TOLBERT, IN HER OFFICIAL CAPACITY AS THE CITY MANAGER FOR THE CITY OF DALLAS, AND THE STATE FAIR OF TEXAS,

*Appellees.*

From the 298th Judicial District Court of Dallas County, Texas
Cause No. DC-24-14434
Hon. Emily G. Tobolowsky, presiding

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE THE CITY APPELLEES' BRIEF

Jeffrey M. Tillotson
Anne M. Johnson
Megan M. Coker
Nathaniel D. Buchheit
**TILLOTSON JOHNSON & PATTON**
1201 Main Street, Suite 1300
Dallas, Texas 75202
Telephone: (214) 382-3041
Facsimile: (214) 292-6465

**Attorneys for City Appellees**

1

TO THE HONORABLE COURT OF APPEALS:

Pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d), Appellees City of Dallas and Kimberly Bizor Tolbert, in her official capacity as the City Manager[1] for the City of Dallas ("City Appellees") file this Unopposed Motion for Extension of Time to File the City Appellees' Brief. **The City Appellees' Brief is currently due on November 24, 2025. Appellees respectfully request a 46-day extension through January 9, 2026**.[2] This is the City Appellees' first request for an extension of time to file their Brief and requests the same extension as that requested by Appellee State Fair of Texas.

## I. Current Deadline

This is an appeal from a judgment by the 298th District Court of Dallas County, Texas, in Cause Number DC-24-14434. Appellants filed their Opening Brief on October 23, 2025, after receiving one unopposed extension. Therefore, the City Appellees' Brief is currently due on November 24, 2025.

## II. Reasons for Extension

This is the City Appellees' first request for an extension of time to file their Brief. The City Appellees seek this extension due to conflicts with their counsel's substantial

---

[1] In January 2025, Ms. Tolbert was appointed the City Manager of the city of Dallas; she is no longer the Interim City Manager as listed in the prior case caption.

[2] Since this Court is closed for holidays from December 24-26, 2025, under Texas Rule of Appellate Procedure 4.1(a), a 30-day extension would result in a due date of December 29, 2025. Due to intervening holidays and other pressing commitments, the City Appellees respectfully request an extension through January 9, 2026.

engagement in other matters with pressing deadlines, commitments, ongoing work, and intervening holidays, including the following:

- *Jinghong Chen, et al. v. St. Mark's School of Texas*, Cause No. DC-22-10129, pending in the 101st District Court of Dallas County, Texas. Mediation on November 18, 2025.

- *Solidaris Capital, LLC et al., v. Head Genetics, et al.,* Cause No. DC-24-21484 pending in the 134th District Court in Dallas County, Texas. Hearing on November 18, 2025.

- *Dr. Pepper / Seven Up, Inc. v. Reyes Coca-Cola Bottling, L.L.C.*, Cause No. 493-04114-2025, pending in the 493rd District Court of Collin County, Texas. Hearing on November 19, 2025.

- *Targa Badlands LLC v. Enerplus Resources (USA) Corporation,* Case No. 27-2024-CV-00163, pending in the North West Judicial District Court of McKenzie County, North Dakota. Summary Judgment Hearing on November 20, 2025.

- *Alake Williams, et al. v. TK Elevator Corporation, f/k/a Thyssenkrupp Elevator Corporation, et al.*, Cause No. 2024-71972, pending in the 270th District Court of Harris County, Texas. Jury Trial set for November 24, 2025.

- *Jinghong Chen, et al. v. St. Mark's School of Texas*, Cause No. DC-22-10129, pending in the 101st District Court of Dallas County, Texas. Trial set for December 1, 2025.

- *Inspirus v. Southwest Airlines Co.*, Cause No. 05-25-01103-CV, pending in the Fifth Court of Appeals in Dallas, Texas. Appellant's Opening Brief due on December 2, 2025.

- *Maya Walnut LLC f/k/a Maya Foods, Inc. v. Bryan Ly, et al.*, Cause No. 24-0171, pending in the Supreme Court of Texas. Oral Argument on December 2, 2025.

- *Solidaris Capital, LLC et al., v. Head Genetics, et al.,* Cause No. DC-24-21484 pending in the 134th District Court in Dallas County, Texas. Hearing on December 2, 2025.

- *C Ten 31, directly and derivatively on behalf of Summermoon Holdings LLC v. Coffee Unplugged LLC, et al.* Cause No. D-1-GN-25-000057 pending in the 353rd District Court of Dallas County, Texas. Hearing on December 3, 2025.

- *Witherite Law Group, PLLC v. Adewale Odetunde,* Cause No. DC-25-14738, pending in the 101st District Court of Dallas County, Texas. Hearing on December 3, 2025.

- *C Ten 31, directly and derivatively on behalf of Summermoon Holdings LLC v. Coffee Unplugged LLC, et al.* Cause No. D-1-GN-25-000057 pending in the 353rd District Court of Dallas County, Texas. Deposition on December 5, 2025.

- *Oncor Electric Delivery Company LLC v. James Stacey Taylor*, Cause No. 05-23-01275-CV, pending in the Fifth Court of Appeals in Dallas, Texas. Oral Argument on December 9, 2025.

- *Solidaris Capital, LLC et al., v. Head Genetics, et al.,* Cause No. DC-24-21484 pending in the 134th District Court in Dallas County, Texas. Hearing on December 9, 2025.

- *Sunoco Partners Marketing & Terminals L.P., v. Trinity Industries Leasing Company,* Cause No. 05-24-00468-CV, pending in the Fifth Court of Appeals in Dallas, Texas. Oral Argument on December 10, 2025.

- *Sithe/Independence Power Partners, L.P. v. Novelis Corporation,* Cause No. DC-24-19301, pending in the 192nd District Court of Dallas County, Texas. Deposition on December 11, 2025.

- *Brinker International, Inc., et al. v. US Foods, Inc., et al.*, Cause No. 05-25-00308-CV, pending in the Fifth Court of Appeals in Dallas, Texas. Appellants' Reply Brief due on December 15, 2025.

## III. Not for Purposes of Delay

This extension of time is sought so that justice may be done in the disposition of this case and is not sought for purposes of delay. Appellants do not oppose the relief requested in this motion.

**PRAYER**

For these reasons, the City Appellees respectfully request that this Motion for Extension of Time be granted and that the Court extend the time for filing the City Appellees' Brief until and including January 9, 2025. The City Appellees further request all such other relief to which they may be justly entitled.

Dated: November 18, 2025

Respectfully submitted,

*/s/ Jeffrey M. Tillotson*
Jeffrey M. Tillotson
State Bar No. 20039200
jtillotson@tillotsonlaw.com
Anne M. Johnson
State Bar No. 00794271
ajohnson@tillotsonlaw.com
Megan M. Coker
State Bar No. 24087323
mcoker@tillotsonlaw.com
Nathaniel D. Buchheit
State Bar No. 24119200
nbuchheit@tillotsonlaw.com
**TILLOTSON JOHNSON & PATTON**
1201 Main Street, Suite 1300
Dallas, Texas 75202
Telephone: (214) 382-3041
Facsimile: (214) 292-6465

**Attorneys for City Appellees**

## CERTIFICATE OF CONFERENCE

I certify that on November 17-18, 2025, counsel for Appellants confirmed that they are unopposed to the relief requested by both the City Appellees and Appellee the State Fair of Texas.

*/s/ Jeffrey M. Tillotson*
Jeffrey M. Tillotson

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was forwarded to all counsel of record in accordance with the Texas Rules of Appellate Procedure on November 18, 2025.

*/s/ Jeffrey M. Tillotson*
Jeffrey M. Tillotson

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jeffrey Tillotson on behalf of Jeffrey M. Tillotson
Bar No. 20039200
swade@tillotsonlaw.com
Envelope ID: 108194234
Filing Code Description: Motion
Filing Description: Motion for Extension of Time to File the City Appellees' Brief
Status as of 11/18/2025 3:52 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Joseph Alrrobali | | airrobali@tillotsonlaw.com | 11/18/2025 3:45:24 PM | SENT |
| Bryan Neal | 788106 | Bryan.Neal@hklaw.com | 11/18/2025 3:45:24 PM | SENT |
| James Harris | 9065400 | jim.harris@hklaw.com | 11/18/2025 3:45:24 PM | SENT |
| Melissa Juarez | | melissa.juarez@oag.texas.gov | 11/18/2025 3:45:24 PM | SENT |
| Kira Lytle | | klytle@tillotsonlaw.com | 11/18/2025 3:45:24 PM | SENT |
| Sherri Rodgers | | sherri.rodgers@hklaw.com | 11/18/2025 3:45:24 PM | SENT |
| Ernest Garcia | | ernest.garcia@oag.texas.gov | 11/18/2025 3:45:24 PM | SENT |
| Catherine Hughes | | catherine.hughes@oag.texas.gov | 11/18/2025 3:45:24 PM | SENT |
| Nathaniel Buchheit | | nbuchheit@tillotsonlaw.com | 11/18/2025 3:45:24 PM | SENT |
| Paul Pruneda | | paul.pruneda@oag.texas.gov | 11/18/2025 3:45:24 PM | SENT |
| Megan Coker | | mcoker@tillotsonlaw.com | 11/18/2025 3:45:24 PM | SENT |
| Anne Johnson | | ajohnson@tillotsonlaw.com | 11/18/2025 3:45:24 PM | SENT |
| TJP Service | | tillotsonjohnsonpatton@gmail.com | 11/18/2025 3:45:24 PM | SENT |
| Meridith Fischer | | Meridith.Fischer@oag.texas.gov | 11/18/2025 3:45:24 PM | SENT |
| Connor Ellington | | connor@tonymcdonald.com | 11/18/2025 3:45:24 PM | SENT |
| Connor Ellington | | connor@tonymcdonald.com | 11/18/2025 3:45:24 PM | SENT |
| Connor Ellington | | connor@tonymcdonald.com | 11/18/2025 3:45:24 PM | SENT |
| Steven Ogle | | Steven.Ogle@oag.texas.gov | 11/18/2025 3:45:24 PM | SENT |
| Tony McDonald | | Tony@tonymcdonald.com | 11/18/2025 3:45:24 PM | SENT |
| Jeffrey Tillotson | 20039200 | jtillotson@tillotsonlaw.com | 11/18/2025 3:45:24 PM | SENT |
| Holly Dudrick | | holly.dudrick@oag.texas.gov | 11/18/2025 3:45:24 PM | SENT |
| William Cole | | William.Cole@oag.texas.gov | 11/18/2025 3:45:24 PM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jeffrey Tillotson on behalf of Jeffrey M. Tillotson
Bar No. 20039200
swade@tillotsonlaw.com
Envelope ID: 108194234
Filing Code Description: Motion
Filing Description: Motion for Extension of Time to File the City Appellees' Brief
Status as of 11/18/2025 3:52 PM CST

Case Contacts

| William Cole | | William.Cole@oag.texas.gov | 11/18/2025 3:45:24 PM | SENT |
|---|---|---|---|---|
| William Peterson | | William.Peterson@oag.texas.gov | 11/18/2025 3:45:24 PM | SENT |
| Bryan Neal | | bryan.neal@hklaw.com | 11/18/2025 3:45:24 PM | SENT |
| Robert  B.Smith | | Robert@Smith-Firm.com | 11/18/2025 3:45:24 PM | SENT |
| Canon ParkerHill | | canon.hill@oag.texas.gov | 11/18/2025 3:45:24 PM | SENT |
| Devlin Browne | | dbrowne@tillotsonlaw.com | 11/18/2025 3:45:24 PM | SENT |
| Dina W.McKenney | | dina.mckenney@hklaw.com | 11/18/2025 3:45:24 PM | SENT |